**In re James STEVENSON, Petitioner.**

No. 00–7819.

United States Court of Appeals,
Fourth Circuit.

Submitted March 13, 2001.

Decided March 23, 2001.

James Stevenson, pro se.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

James Frederick Stevenson petitions this court for a writ of mandamus directing the district court to act upon his petition filed pursuant to 28 U.S.C.A. § 2254

(West 1994 & Supp.2000). The district court entered a final order on March 8, 2001, denying relief on Stevenson's § 2254 motion. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*